UNITED STATES of America,
Plaintiff–Appellee,

v.

Charles Franklin HUDSON, Jr.,
Defendant–Appellant.

No. 15–11699
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 5, 2015.

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, David Rodney Brown, Bonnie Ames Glober, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, Charles Franklin Hudson, Jr., USP Tucson–Inmate Legal Mail, Tucson, AZ, for Defendant–Appellant.

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Charles Hudson, Jr., has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hudson's convictions and total sentence are **AFFIRMED.**